PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Sean Cruz     Cr.: 21-00025-001
    PACTS #: 61498

Name of Sentencing Judicial Officer:     THE HONORABLE RICHARD J. SULLIVAN
    UNITED STATES DISTRICT JUDGE (SDNY)

Name of Assigned Judicial Officer:     THE HONORABLE SUSAN D. WIGENTON
    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/02/2016

Original Offense:     Count One: Conspiracy to Distribute & Possess w/ Intent to Distribute Heroin, 21 U.S.C. § 841(b)(1)(A), 846
Count Two: Conspiracy to Distribute & Possess w/ Intent to Distribute Cocaine, 21 U.S.C. § 841(b)(1)(A), 846
Count Three: Conspiracy to Distribute & Possess w/ Intent to Distribute Marijuana, 21 U.S.C. § 841(b)(1)(A), 846
Count Four: Possess of a Firearm i/c/w a Drug-Trafficking Offense, 18 U.S.C. § 924(c)(1)(A)(i)

Original Sentence: 90 months imprisonment, 60 months supervised release

Special Conditions: $400 - Special Assessment, $131,915,000 - Restitution, Supervised in District of Residence, Drug Testing and Treatment, Search/Seizure, and Financial Disclosure

Type of Supervision: Supervised Release     Date Supervision Commenced: 02/14/2017

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

**U.S. Probation Officer Action:**

Throughout his term of supervised release, Cruz has paid $3,150 towards his restitution. His supervision is due to expire on February 13, 2022, with an outstanding restitution balance of $131,911,850. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Sean Cruz

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Brendan G. Murillo*          01/14/2022
BRENDAN G. MURILLO           Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on February 13, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

January 14, 2022
Date